# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

PETER PHILLIP HENDERSON,     *
                                *
      Plaintiff,               *     CIVIL ACTION NO.: 5:20-cv-20
                                *
v.                                   *
                                *
STAN SHEPARD, et al.,        *
                                *
      Defendants.            *

## ORDER

Plaintiff filed a 42 U.S.C. § 1983 Complaint and alleged Defendants violated his constitutional rights. Dkt. No. 1. This Court granted Plaintiff *in forma pauperis* status, dkt. no. 4. Although Plaintiff submitted his consent to collection of fees and trust account statement forms, dkt. nos. 5, 6, he also filed a Notice of Voluntary Dismissal. Dkt. No. 7

The Court construes Plaintiff's Notice as being a motion brought under Federal Rule of Civil Procedure 41(a)(1).[1] Rule

---

[1] "Courts generally 'must look beyond the labels of [filings] by *pro se* [parties] to interpret them under whatever statute would provide relief.'" Edwards v. Hastings, No. 2:14-CV-41, 2016 WL 686386, at *1 (S.D. Ga. Feb. 18, 2016) (quoting Lofton v. Williams, No. CV415-146, 2016 WL 126408, at *2 (S.D. Ga. Jan. 11, 2016) (first alteration in original), and citing Means v. Alabama, 209 F.3d 1241, 1242 (11th Cir. 2000) (concerning pro se inmates))); Fed. R. Civ. P. 8(e) ("Pleadings must be construed so as to do justice."); Wilkerson v. Georgia, 618 F. App'x 610, 611-12 (11th Cir. 2015).

41(a)(1)(A)(i) provides that "a plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Such a dismissal is without prejudice, unless otherwise noted. Fed. R. Civ. P. 41(a)(1)(B).

Upon due consideration, the Court **GRANTS** Plaintiff's construed Motion to Dismiss his § 1983 Complaint voluntarily. Consequently, the Court **VACATES** the grant of *in forma pauperis*, **DISMISSES without prejudice** Plaintiff's Complaint, **DENIES as moot** all pending Motions, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court also **DIRECTS** the Clerk of Court to mail a blank copy of the Court's § 1983 complaint form, along with a copy of this Order, to Plaintiff.

**SO ORDERED**, this ___30___ day of ___March___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)